UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:26-cv-00635-SVW-DMK        Date:  May 11, 2026
Title:  Alex Giovanni Hernandez v. Kristin Noem et al

Present:        The Honorable  **DIANA M. KWOK, U.S. MAGISTRATE JUDGE**

|  V. Velasco  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Recorder: N/A  |

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

N/A                                N/A

**Proceedings:**        (In Chambers) **ORDER DIRECTING RESPONSES FROM PARTIES**

On January 22, 2026, Petitioner Alex Giovanni Hernandez filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his continued detention in Los Angeles by U.S. Immigration and Customs Enforcement.  ECF 1.  The Petition alleges that Petitioner is being held "in the Los Angeles Field Office Hold Room."  ECF 1 at ¶ 6.  The Court, however, cannot ascertain where such "Hold Room" is located, and has been unable to locate Petitioner through the U.S. Immigration and Customs Enforcement Online Detainee Locator System, available at https://locator.ice.gov/odls.

Petitioner's return address also appears to be a residence in Downey, California.  *See* ECF 9 at 8 (proof of service mailed from Downey, California), 9 (mail to Court addressed from Downey, California).  Accordingly, it is unclear whether Petitioner's filings have been improperly filed by a non-attorney.  *See  Simon v. Hartford Life, Inc*., 546 F.3d 661, 664 (9th Cir. 2008) (collecting cases); *see also Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997) ("[A] non-lawyer 'has no authority to appear as an attorney for others than himself.'") (*quoting C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

"Although the federal habeas corpus statute permits a 'next friend' to pursue a habeas action on behalf of another in certain circumstances, *see* 28 U.S.C. § 2246, the statute does not authorize the 'next friend' to proceed without an attorney." *United States v. Caputo*, No. 1:14-cr-00041-JLT-SKO-1, 2023 U.S. Dist. LEXIS 141404, 2023 WL 5207318, at *5 (E.D. Cal. Aug. 14, 2023); *see also Hinojosa v. Warden SATF/SP*, No. 2:22-cv-1780 DB P, 2023 U.S. Dist. LEXIS 62868, 2023 WL 2874169, at *2 (E.D. Cal. Apr. 10, 2023) ("[E]ven if Mr. Bland's motion for 'next friend' status were granted, he would have to be represented by counsel in order

---

CV-90 (05/15)            **CIVIL MINUTES - GENERAL**            Page **1** of **2**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:   2:26-cv-00635-SVW-DMK                          Date:   May 11, 2026

Title:      Alex Giovanni Hernandez v. Kristin Noem et al


to proceed as a 'next friend' because pro se litigants have no authority to represent anyone other than themselves"), report and recommendation adopted, 2023 U.S. Dist. LEXIS 127188, 2023 WL 4711303 (E.D. Cal. July 24, 2023).

Accordingly, Court hereby ORDERS Respondents to provide Petitioner's current location of custody by May 12, 2026.  Petitioner is ORDERED to respond to this order by May 25, 2026, to confirm that Petitioner himself is bringing this habeas action.

**IT IS SO ORDERED.**


Initials of Preparer _____   :_____
                                 vv