# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GIOVANNI HERNANDEZ, | Case No. 2:26-cv-00635-SVW-DMK |
| Petitioner, | |
| v. | **ORDER GRANTING UNOPPOSED** |
| KRISTI NOEM, *et al.*, | **HABEAS PETITION** |
| Respondents. | |

Petitioner Alex Giovanni Hernandez is a citizen and native of Honduras. ECF 1 at 2. In October 2016, Petitioner was ordered to be removed, but was subsequently released on an order of supervision. ECF 1-1. On May 31, 2022, Petitioner was granted deferral of removal to Honduras under the Convention Against Torture. *Id.*

On January 21, 2026, Petitioner was detained by Immigration and Customs Enforcement during a scheduled check-in. ECF 25-1, Gomez Decl. at ¶ 4. When Petitioner asked why he was being detained, the officers did not give him a specific reason. *Id.* Nor did they give him any notice of revocation of his order of supervision, or an informal interview to allow him to respond to any alleged reasons for revocation. *Id.* at ¶ 5.

In a counseled supplemental habeas petition, Petitioner alleges that his detention violates his right to due process under the Fifth Amendment, and contends he is entitled to immediate release under *Zadvydas v. Davis*, 533 U.S. 678 (2001), given that he has not only been detained for more than six months, but there is no indication that Respondents have made any efforts to either terminate Petitioner's deferral of removal, or arrange for his removal to a third country in the reasonably foreseeable future. *Id.* at 5-6.

In their answer to the supplemental petition, Respondents do not deny Petitioner's allegations, and only state that they "are not presenting an opposition argument at this time," and that "no more filings or proceedings will be necessary in this matter." ECF 28 at 2. The Court thus construes the petition as unopposed.

So construed, the petition under 28 U.S.C. § 2241 is **GRANTED**. Petitioner Alex Giovanni Hernandez (A# 206-352-451) is hereby **ORDERED RELEASED** from ICE custody immediately on conditions of release no more restrictive than those in effect when he was most recently detained. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: August 10, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2