**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX GIOVANNI HERNANDEZ,<br>Petitioner,<br>v.<br>KRISTI NOEM, *et al*.,<br>Respondents. | Case No. 2:26-cv-00635-SVW-DMK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is granted and that petitioner Alex Giovanni Hernandez is to be released from the custody of Immigration and Customs Enforcement immediately on conditions of release no more restrictive than those in effect when he was most recently detained.

DATED: August 10, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE